UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>c/o   the United States Attorney<br>      Civil Division<br>      555 4th Street, N.W.<br>      Washington, DC 20530<br><br>                 v.<br><br>ORLANDO CROCKETT<br><br>c/o   John A. Briley, Jr.<br>      Attorney at Law<br>      6205 30th St., N.W.<br>      Washington, DC 20015<br><br>           Defendant. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) Misc. No.<br>) <br>) <br>) <br>) (On removal from the Superior Court<br>) of the District of Columbia;<br>) Case No. 2008 CF2 2368)<br>) <br>) <br>) <br>) |

## NOTICE OF REMOVAL OF A SUBPOENA MATTER

The United States Attorney, through the undersigned attorneys, and on behalf of the Court Services and Offender Supervision Agency ("CSOSA" or "Agency"), and Arthur Elkins, General Counsel, hereby file this Notice of Removal of a subpoena matter pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995), and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996). In support of that notice, the Agency, and Arthur Elkins state as follows:

1. Arthur Elkins is employed by CSOSA as General Cousel. On Monday, July 7, 2008, CSOSA received two subpoenas purportedly issued under the authority of the Superior Court of the District of Columbia in a criminal case now pending in that Court, United States v. Orlando Crockett, Case No. 2008 CT2-2368 (D.C. Super. Ct., Crim. Div.). The subpoenas direct the General Counsel appear to testify and to deliver records relating to drug testing of Jimmy Pinkney and of Tamura Lewise Young to the Criminal Division of the Superior Court at 9:30 a.m. on July 10, 2008.

2. A copy of the Subpoenas are attached. See Exhibit 1 (Subpoenas).

3. CSOSA, on its behalf and on behalf of Arthur Elkins, General Counsel, will be moving to quash the Subpoenas based on defenses relying on federal law and raising federal questions.

4. This notice of removal of the subpoena matters are brought pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995), and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996).

WHEREFORE, this subpoena matter is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, Brown & Williamson Tobacco Corp., and Houston Business Journal, Inc. The underlying criminal case is not being removed and will remain in Superior Court.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal of Subpoena Matters has been made by first-class mail, postage prepaid, to:

ORLAND CROCKETT
c/o John A. Briley, Jr.
Attorney at Law
6205 30th St., N.W.
Washington, D.C. 20015

on this 9th day of July, 2008.

_____
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA

UNITED STATES
~~DISTRICT OF COLUMBIA~~

vs.    Case No. 2008 CF2 2368

ORLANDO CROCKETT

To: GENERAL COUNSEL, CSOSA, 633 INDIANA AVE NW 12th FLOOR WASHINGTON DC 20001

**YOU ARE HEREBY COMMANDED:**

To appear before the Criminal Division room/courtroom __216__ of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, 555 Fourth Street, N.W., Washington D.C., on the __10th__ day of __JULY__, __2008__, at __9:30__ a.m./~~p.m.~~

as a witness for __DEFENDANT / ORLANDO CROCKETT__

☒ and bring with you __RECORDS + REPORTS RELATING TO DRUG TESTING of JIMMY PINKNEY (2008 CMD 2371)(PDID 608 204) FROM MAY 07, 2008 TO PRESENT__

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this __7th__ day of __JULY__ __2008__.

_____    _____
Officer in Charge                District

JOHN A BRILEY JR
Attorney for ~~Government~~/Defendant

Phone No. 202-364-7012

Clerk, Superior Court of the District of Columbia

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

Date _____  Judge _____

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☐ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

Name and Title of Individual Served: _____   Address (If different than shown above): _____

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

Date(s) of Endeavor: _____   Date and Time of Service: 7-07-08  3:30 PM

**REMARKS**   Signature of Title of Server: John R Briley

Form CD-1972/Sept. 92

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA

UNITED STATES ~~DISTRICT OF COLUMBIA~~

vs.   Case No. 2008 CF2 2368

ORLANDO CROCKETT

To: GENERAL COUNSEL, CSOSA, 633 INDIANA AVE NW
12TH FLOOR, WASHINGTON DC 20N

**YOU ARE HEREBY COMMANDED:**

To appear before the Criminal Division room/courtroom **216** of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, 555 Fourth Street, N.W., Washington D.C., on the **10** day of **JULY 2008**, at **9:30** a.m./~~p.m.~~ as a witness for **DEFENDANT ORLANDO CROCKETT** ☑ and bring with you **RECORDS AND REPORTS RELATING TO DRUG TESTING OF TAMURA LEWISE YOUNG (2008 CMD 2370) (PDID 502-413) FROM APRIL 10, 2008 TO PRESENT** and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this **7th** day of **JULY, 2008**.

_____  _____   Clerk, Superior Court
Officer in Charge    District         of the District of Columbia

JOHN A BRILEY JR
Attorney for Government/Defendant

Phone No. 202-364-7012

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

_____    _____
Date               Judge

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☐ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

Name and Title of Individual Served: **Eric - General Counsel**

Address (If different than shown above):

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

Date(s) of Endeavor:

Date and Time of Service: **7-07-08  3:30 PM**

Signature of Title of Server: *John A Briley Jr*

**REMARKS**

Form CD-1072/Sept. 93    U.S. GPO: 1999-516-075/84528